```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  MAR - 9 2011

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>       v.                         )<br>                                  )<br> Oscar Ramirez - Meza,            )<br>                                  )<br>            Defendant.            )<br>_____) | Case No. 11-MJ-494<br><br>ORDER OF DETENTION AFTER HEARING.<br>(Fed.R.Crim.P. 32.1(a)(6)<br>  18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>        Conditions) |

    On arrest warrant issued by the United States District Court for the _Western Dist. of Texas_ involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.    (✓) the appearance of defendant as required; and/or

        B.    (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _Criminal History_

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _lack of known background information + bail resources; use of multiple aliases, dates of birth, social security numbers_

IT IS ORDERED that defendant be detained.

DATED: 3/9/11

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge